**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**JOSEPH CARTHRON**                                                                          **PETITIONER**


**VS.**                               **CASE NO. 4:08CV01852 BSM**


**LEROY BROWNLEE, Chairman
Arkansas Post Prison Transfer Board**                                          **RESPONDENT**


**ORDER**


The court has received proposed Findings and Recommendations from Magistrate

Judge H. David Young.  After careful review of those Findings and Recommendations, the

timely objections received thereto, and a *de novo* review of the record, the court concludes that

the Findings and Recommendations should be, and hereby are, approved and adopted in their

entirety as this court's findings in all respects.  Judgment will be entered accordingly.

IT IS SO ORDERED this 3rd day of November, 2008.


_____
UNITED STATES DISTRICT JUDGE