IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSEPH CARTHRON**                                                                                          **PETITIONER**

VS.                            **CASE NO. 4:08CV01852 BSM**

**LEROY BROWNLEE, Chairman**
**Arkansas Post Prison Transfer Board**                                                          **RESPONDENT**

**JUDGMENT**

In accordance with the court's order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice to seek permission to proceed from the Eighth Circuit Court of Appeals. The relief sought is denied.

IT IS SO ORDERED this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE